IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|         Plaintiffs,    ) | No. 1:05-cr-00341-AWI (03) |
|     vs.           ) | ORDER OF RECONVEYANCE RE |
| THOMAS ROY WRIGHT,      ) | PROPERTY BOND |
|         Defendant.    ) | |

On SEPTEMBER 23, 2005, the property bond of $85,000.00 was ordered and subsequently filed with the court on NOVEMBER 14, 2005.  This Court hereby orders the property bond for the said property, receipt no. 101-7885 on behalf of the above defendant be reconveyed.

IT IS SO ORDERED.

**Dated:   August 29, 2006**          _____
icido3                                UNITED STATES MAGISTRATE JUDGE
                                      **/s/ Sandra M. Snyder**

9/26/96 exonbnd.frm

1