Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
(559) 431-9710

Attorney for Defendant, THOMAS WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  05-0341 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | TO CONTINUE SENTENCING |
| | ) | |
| THOMAS WRIGHT | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing currently set for July 9, 2007, be continued to August 27, 2007 at 9:00 a.m., or a date thereafter that is convenient to the court.

Dated: July 5, 2007            FLETCHER & FOGDERUDE, INC.

                               /s/ Eric K. Fogderude
                               ERIC K. FOGDERUDE
                               Attorney for Defendant,
                               THOMAS WRIGHT

DATED: July 5, 2007            /s/ Kathleen Servatius
                               Kathleen Servatius
                               Assistant U.S. Attorney

---

**U.S. vs. Wright**                                **Stipulation and Order to Continue Sentencing**
**Case No. 05-0341**

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing on the above-entitled matter be continued to August 27, 2007, at 9:00 a.m. before the Honorable Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   July 6, 2007            /s/ Anthony W. Ishii
                                 UNITED STATES DISTRICT JUDGE