Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant THOMAS ROY WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-F-05-0341 AWI |
| ) | |
| Plaintiff, ) | STIPULATION FOR EXONERATION |
| ) | OF PROPERTY BOND AND |
| vs. ) | RECONVEYANCE OF REAL |
| ) | PROPERTY |
| THOMAS ROY WRIGHT et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    THOMAS ROY WRIGHT, by and through his attorney or record, Eric K. Fogderude and the United States of America, by and through its attorney of record, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate that an order exonerating the property bond and for reconveyance of real property in this action is granted.

    On September 5, 2006, Honorable Sandra Snyder, U.S. Magistrate Judge, ordered THOMAS ROY WRIGHT released from custody on a $ 85,000 property bond.  Real property owned by Trisha Black was posted as collateral for the property bond.

    August 27, 2007, this court sentenced Mr. Wright to the

1  custody of the United States Bureau of Prisons for a total term of
2  36 months as to count 5 of the indictment.  All other relevant
3  counts as to Mr. Wright were dismissed by the government.
4      Since Mr. Wright has been sentenced and ordered to self
5  surrender to the custody of the Federal Bureau of Prisons, it is
6  respectfully requested that the property bond in this matter be
7  immediately exonerated and that the property posted as collateral
8  for the bond be reconveyed to Trisha Black.
9  IT IS SO STIPULATED

10
11 DATED: September 5, 2007        FLETCHER & FOGDERUDE, Inc.

12                                 /s/ Eric K. Fogderude
                                   ERIC K. FOGDERUDE
13                                 Attorney for Defendant,
                                   THOMAS ROY WRIGHT
14
15 Dated: September 5, 2007        McGREGOR W. SCOTT
                                   United States Attorney
16
17                                  /s/ Kathleen Servatius
                                   Assistant US Attorney
18
19                          **ORDER**
20     IT IS HEREBY ORDERED that the property bond in the above
21 captioned case be exonerated and title to the real property be
22 reconveyed to Trisha Black.
23
24 IT IS SO ORDERED.
25 **Dated:   September 7, 2007**          /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE
26
27
28

U.S. vs. Wright                                    Stipulation Re Property Bond
Case No. 05-0341 AWI              2