Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Thomas Roy WRIGHT |
| **Docket Number:** | 1:05CR00341-003 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | August 27, 2007 |
| **Original Offense:** | 18 USC 924(c)(1)(A)(I) and 2 - Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Aiding and Abetting<br>(CLASS A FELONY) |
| **Original Sentence:** | 36 mos. BOP; 60 mos. TSR; $100 special assessment; mandatory urinalysis testing |
| **Special Conditions:** | Warrantless search; financial disclosure; substance abuse counseling/testing; abstain from alcohol; participate in mental health treatment; $25 per month co-payment for treatment services; DNA testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | May 20, 2010 |
| **Assistant U.S. Attorney:** | Kathleen A. Servatius     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Eric K. Fogderude     **Telephone:** (559) 431-9710 |
| **Other Court Action:** | None |

RE:     **Thomas Roy WRIGHT**
        **Docket Number:  1:05CR00341-003**
        <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
        <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential re-entry center, for a period up to 90 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11). The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On October 20, 2010. Mr. Wright was arrested by the California Highway Patrol for violation of California Vehicle Code Section 23152(a) - Driving While Under the Influence of an Intoxicant. Subsequently, Mr. Wright was cited and released from custody to appear in Kern County Superior Court for arraignment.

On October 21, 2010, Mr. Wright reported to the U. S. Probation Office for a scheduled conference regarding his arrest for operating a  motor vehicle while under the influence of an intoxicant. Mr. Wright admitted he demonstrated poor judgment by consuming alcohol and then operating a motor vehicle. Mr. Wright explained he has been under emotional stress related to the custody of his young son and reverted to alcohol as a means to cope with the situation. The probation officer counseled with Mr. Wright and recommended he participate in the Turning Point residential re-entry center to regain stability within the community. Mr. Wright agreed to the proposed modification of his term of supervised release and signed a waiver of hearing form attesting to his agreement to participate in the residential re-entry center for a period of up to 90 days. The probation officer explained to Mr. Wright while he is participating in the treatment program, she will monitor his progress and he will be receiving mental health counseling at Legacy Behavioral Services.

It is respectfully recommended the Court modify the conditions of Mr. Wright's supervised release to allow him an opportunity to participate in the Turning Point Bakersfield Residential Re-Entry Center. While participating in the treatment center, Mr. Wright will be required to participate in

**RE:**   **Thomas Roy WRIGHT**
          **Docket Number:  1:05CR00341-003**
          **PETITION TO MODIFY THE CONDITIONS OR TERM**
          **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

substance abuse counseling, random breathalyzing tests and demonstrate stability within the facility as he reintergrates into the community.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
**Senior United States Probation Officer**
Telephone:  (661) 861-4124

**DATED:**   October 26, 2010
             Bakersfield, California
             LES:dk

                        /s/ Thomas A. Burgess
**REVIEWED BY:**  _____
             **THOMAS A. BURGESS**
             **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

Dated:   November 2, 2010                    _____
                                             CHIEF UNITED STATES DISTRICT JUDGE